UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAGAR SAGAR,

          Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

          Respondents.

No.  1:26-cv-0843 DC CSK

ORDER

Petitioner, a noncitizen proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are adopted in full.

2. The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondents' motion to dismiss (ECF No. 8) and request to stay this matter are denied.

4. Respondents are ordered to IMMEDIATELY release petitioner Sagar Sagar and ordered to provide petitioner with a copy of the release order at or near the time of release.  If respondents have custody of petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.), respondents shall return those to petitioner at the time of release.

5. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

6. Within seven days of the date of this order, the parties shall file a joint status report addressing petitioner's status.

7. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **March 10, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/saga0843.805.hc.2241.imm

2